UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

A.P.C.,

          *Petitioner*,

  v.

LEONARD ODDO, in his official capacity as Warden of Moshannon Valley Processing Center, *et al.*,

          *Respondents*.

No. 3:26-cv-131 (SLH)

**[PROPOSED] ORDER GRANTING EXPEDITED BRIEFING**

AND NOW, this 24th day of Feb. 2026, upon due consideration of Petitioner A.P.C.'s ("Petitioner") Motion for Preliminary Injunction ("Motion") at ECF No. 7, it is HEREBY ORDERED that the Motion is GRANTED insofar as it requests expedited briefing on the Motion.

IT IS FURTHER ORDERED Petitioner shall effectuate service of the filings at ECF Nos. 7 and 8 upon Respondents **within five (5) days** of the date of this Order.

IT IS FURTHER ORDERED that Respondents shall file and serve a written Response to Petitioner's Motion **within seven (7) days** of receipt of service of that document. Aside from any other arguments Respondents wish to make, the Response shall specifically address why this Court's decision in *Calzado Diaz v. Noem*, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025) should not be applied to the instant case. Petitioner may, but is not required to, file and

1

serve a Reply to any Response submitted by Respondent **within three (3) days** of receipt of service of Respondent's Response. The Court will schedule a hearing as necessary.

BY THE COURT:

_____
STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE